# Court of Appeals
# of the State of Georgia

ATLANTA,___August 11, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A0836.  YOUNG v. CENTRAL TRANSPORT, et al.**
**A16A1538.  YOUNG v. CENTRAL TRANSPORT, et al.**

The above-referenced appeals were docketed after this Court granted Discretionary Applications A16D0020 and A16D0141. Upon consideration of the parties' briefs and the entire record, we find that the discretionary applications were improvidently granted. Accordingly, we hereby DISMISS both Case No. A16A0836 and Case No. A16A1538.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/11/2016___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*